UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>        Plaintiff,<br><br>  v.<br><br>RABBI, et al.,<br><br>        Defendants. | No. 1:25-cv-01609-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 5) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 26, 2025, the Court screened Plaintiff complaint, found that Plaintiff stated a cognizable free exercise of religion claim against the Rabbi at Lerdo Pretrial Facility. (ECF No. 5.) The Court granted Plaintiff the opportunity to amend the complaint or notify the Court of his intent to proceed on the cognizable claim. Plaintiff has not filed an amended complaint or notified the Court of his intent to proceed on the free exercise of religion claim and the time to do so has passed.[1] Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order will result in

---

[1] The Court notes that on December 19, 2025, Plaintiff filed an unrelated notice regarding submission of the prison trust account statement. (ECF No. 6.)

1

1 | a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge