**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DEAN NEICE, | No. 1:25-cv-01609-JLT-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| RABBI, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 26, 2025, the Court screened Plaintiff's complaint and found that he stated a cognizable free exercise of religion claim against the Rabbi at Lerdo Pretrial Facility but that his other claims for relief should be dismissed. (Doc 5.) The Court granted Plaintiff the opportunity to amend the complaint or notify the Court of his intent to proceed on the cognizable claim. (*Id.*) Plaintiff failed to respond to the Court's November 26, 2025 order. Therefore, on January 6, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed. (Doc. 8.) After Plaintiff failed to respond to the order to show cause, the assigned magistrate judge issued Findings and Recommendations recommending the action be dismissed for failure to state a cognizable claim for relief. (Doc. 10.)

1

The Court served Plaintiff with the Findings and Recommendations and notified him that any objections were due within 14 days. (Doc. 10 at 3.) The Court also informed Plaintiff that the failure to file timely objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections or otherwise communicate with the court regarding this action, and the deadline to file objections has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on January 30, 2026 (Doc. 10) are **ADOPTED** in full.

2.    This action is **DISMISSED** with prejudice for failure to state a cognizable claim upon which relief may be granted.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 26, 2026**

UNITED STATES DISTRICT JUDGE

2